# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** ATF |
| **City** Quincy | **Related Case Information:** | |
| **County** Norfolk | Superseding Ind./ Inf. _____ Case No. _____ <br> Same Defendant _____ New Defendant _____ <br> Magistrate Judge Case Number 23-MJ-7352-JCB <br> Search Warrant Case Number see attached list <br> R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name: Caesar Ross     Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address: (City & State) Quincy, MA

Birth date (Yr only): 1989    SSN (last4#): 8749    Sex: Male    Race: _____    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: Elianna J. Nuzum    Bar Number if applicable: _____

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☑ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date:** 09/05/2023

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at 09/05/2023    ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 09/06/2023    Signature of AUSA: *Elianna J. Nuzum*

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Caesar Ross

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in possession of firearms | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Distribution and possession with intent to distribute controlled substances (fentanyl) | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  _____

**Prior search warrants related to case 23-MJ-7352-JCB**

22-7217-JCB (sealed)
22-7218-JCB (sealed)
23-7229-JCB (sealed)
23-7351-JCB (sealed)
23-5330-JGD (sealed)